# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KURT WILLIAM MEYER ,

    Petitioner,

v.

RICK RAEMISCH, JODINE DEPPISCH, THOMAS NICKEL, MARK SCHOMISCH, MEL PULVER, JOHN DOE #1, #2, #3,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-554-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____9/29/08_____
Date